Yana G. Henriks, Esq. (SBN 250638)
Email: yhenriks@law-mh.com
Cameron R. Chapman-Pinto, Esq. (SBN 349339)
Email: cpinto@law-mh.com
**MCMURRAY HENRIKS, LLP**
811 Wilshire Blvd., Ste. 1640, Los Angeles, CA 90017
Tel: (323) 931-6200 | Fax: (323) 931-9521

*Attorneys for Plaintiff,* SAMUEL D. CASTRO

Anita Susan Brenner, Esq. (SBN 58741)
E-mail: info@torresbrenner.com, brenner@torresbrenner.com
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Blvd, Ste. 614, Pasadena, CA 91101
Tel: (626) 792-3175 | Fax: (626) 792-2921

*Attorneys for Defendant*, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. CASTRO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF WHITTIER, et al. <br><br> Defendants. | Case No. 2:23-cv-03424-DSF-RAO <br><br> *[Assigned to the Hon. Dale S. Fischer]* <br><br> **JOINT REQUEST FOR ORDER DISMISSING DEFENDANT COUNTY OF LOS ANGELES WITH PREJUDICE PURSUANT TO FRCP 41** <br><br> *[Joint Stipulation and Proposed Order filed concurrently herewith]* <br><br> Scheduling Conference: October 23, 2023, at 11:00 a.m. |

**TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS:**

    PLEASE TAKE NOTICE that Plaintiff Samuel D. Castro and Defendant County of Los Angeles hereby request from this Court an order dismissing Defendant County of Los Angeles from this case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), and in accordance with the named parties' Stipulation to the same, with all parties to bear their own costs and fees. The Proposed Order has been filed with said Stipulation.

    Respectfully submitted,

Dated:  October 11, 2023      **MCMURRAY HENRIKS, LLP**

By: /s/ *Yana G. Henriks*[1]
    Yana Henriks
    *Attorneys for Plaintiff*
    SAMUEL D. CASTRO

Dated:  October 11, 2023      **LAW OFFICES OF TORRES & BRENNER**

By: /s/ *Anita Brenner*
    Anita Susan Brenner
    Attorney for Defendant COUNTY OF LOS ANGELES

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.